# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

April 8, 2021

**BY EMAIL**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:   **United States v. Melvin Garcia-Colon**
      **21 Cr. 149 (DLC)**

Dear Judge Cote:

With the consent of the Government, and with no objection from Pretrial Services, I write on behalf of my client, Melvin Garcia-Colon, to respectfully request that the Court temporarily modify Mr. Garcia-Colon's bail conditions to allow Mr. Garcia-Colon to travel with his family to the District of Massachusetts for his cousin's birthday. Should the Court grant this motion, Mr. Garcia-Colon and his wife will depart on Friday April 9th, and arrive back in New York on Sunday April 11th. They will stay at Mr. Garcia-Colon's cousin's home in Lawrence, Massachusetts.f Mr. Garcia-Colon will communicate with his Pretrial Services Officer, Bernisa Meija, regularly during this travel.

Since being released on bond, Mr. Garcia-Colon has been compliant with the conditions of his release. He has continued working as an Uber driver, and has stayed in constant communication with Officer Meija.

Thank you for considering this request.

Respectfully submitted,
/s/
Christopher A. Flood
Federal Defenders of New York

*Denied.*
*[signature] Denise Cote*
*April 8, 2021*