# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 2, 2022

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:    **United States v. Melvin Garcia-Colon**
       **21 Cr. 149 (DLC)**

Honorable Judge Cote:

I write on behalf of my client, Melvin Garcia-Colon, to respectfully request that the Court adjourn the sentencing hearing currently scheduled for February 18, 2022 at noon, for a minimum of two weeks. The Final Presentence Investigation Report (PSR) for Mr. Garcia-Colon posted today. As Mr. Garcia-Colon does not read or speak English, we are having the PSR translated into Spanish so that he can review it with counsel.

Our sentencing submission is due two weeks prior to sentencing, on Friday, February 4, 2022. It is not possible to translate and review the PSR with Mr. Garcia-Colon by then. Accordingly, we respectfully request the sentencing be adjourned for at least two weeks to allow the defense sufficient time to review, consider, and incorporate the PSR into its sentencing submission.

I discussed this matter with Assistant United States Attorney Danielle Kudla who, on behalf of the United States, takes no position on this request.

Thank you for considering this request.

*The PSR was initially disclosed in draft on 1/5/22. Defense submissions may be filed by 2/11/22. The Government's submission is due 2/16/22 at noon. The sentencing will proceed as scheduled.*

*Annie Cote*
*2/2/22*

Respectfully submitted,
/s/
Christopher A. Flood
Federal Defenders of New York