```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    21cr149-2 (DLC)
             -v-                      :
                                      :         ORDER
MELVIN ALFREDO GARCIA COLON,          :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant's surrender date is adjourned one week to April 8, 2022, to allow for the BOP to designate the facility where the defendant shall serve his term of incarceration.

Dated:    New York, New York
          March 31, 2021

                                                                                   _____
                                                                                      DENISE COTE
                                                                   United States District Judge